## AFFIDAVIT OF NONSERVICE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 21  P 3:48

CLERK'S OFFICE
AT GREENBELT

BY ____

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MARYLAND

Civil Action No. 20CV0150

JON L. BRUNENKANT

v.

SUBURBAN HOSPITAL HEALTHCARE SYSTEM, INC., SUBURBAN HOSPITAL, INC.,
SAID A. DAEE, M.D. and SAID A. DAEE, M.D., P.A.

Received on February 14, 2020, from We Serve NJ LLC, 500 King Street, Staten Island, New York 10312, **Summons, Complaint, and Exhibit A - HCADRO Order of Transfer,** to be served upon **Said A. Daee, M.D., P.A.** at 6115 Lake Front Way, Spotsylvania, Virginia 22551,

I, Sherry Shade, being duly sworn, depose and say that I attempted service at the above address on Wednesday, February 19, 2020, at 5:00 pm. The residence is vacant with a Realtor lockbox on the front entrance door, and a "FOR SALE" sign in the front yard.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief. I certify that I am a competent adult over the age of 18 and have no interest in the above action.

ALLEN J. NEAVE
NOTARY PUBLIC
REG. # 7595847
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 6/30/2022

Subscribed and sworn to before me on the

21ST day of FEBRUARY, 2020,
by the affiant, who is personally known to me.

_____
Allen Jay Neave, Notary Public

My Commission Expires June 30, 2022.

_____
Sherry Shade
Private Process Server

11042 Pamela Court
King George, VA 22485

571-286-9808
sshade815@gmail.com

# AFFIDAVIT OF NONSERVICE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2020 FEB 21  P 3:48

CLERK'S OFFICE
AT GREENBELT

BY ___

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MARYLAND

Civil Action No. 20CV0150

JON L. BRUNENKANT

v.

SUBURBAN HOSPITAL HEALTHCARE SYSTEM, INC., SUBURBAN HOSPITAL, INC.,
SAID A. DAEE, M.D. and SAID A. DAEE, M.D., P.A.

Received on February 14, 2020, from We Serve NJ LLC, 500 King Street, Staten Island, New York 10312, **Summons, Complaint, and Exhibit A - HCADRO Order of Transfer,** to be served upon **Said A. Daee, M.D.**, at 6115 Lake Front Way, Spotsylvania, Virginia 22551.

I, Sherry Shade, being duly sworn, depose and say that I attempted service at the above address on Wednesday, February 19, 2020, at 5:00 pm. The residence is vacant with a Realtor lockbox on the front entrance door, and a "FOR SALE" sign in the front yard.

I do solemnly declare and affirm under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief. I certify that I am a competent adult over the age of 18 and have no interest in the above action.

ALLEN J. NEAVE
NOTARY PUBLIC
REG. # 7595847
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES 6/30/2022

Subscribed and sworn to before me on the 21st day of FEBRUARY 2020, by the affiant, who is personally known to me.

_____
Allen Jay Neave, Notary Public

My Commission Expires June 30, 2022.

_____
Sherry Shade
Private Process Server

11042 Pamela Court
King George, VA 22485

571-286-9808
sshade815@gmail.com